CSD 1163 [05/15/03]
Name, Address, Telephone No. & I.D. No.

John E. Bouzane
John E. Bouzane, Esq. SBN: 79804
Law Offices of John E. Bouzane
634 Oak Court
San Bernardino, CA 92410
909-889-5151

Case # : 09-11540-PB7
Debtor.: GREGORY SCOTT BEAUCHAMP
Judge..: PETER BOWIE
Trustee: RONALD STADTMUELLER
Chapter: 7T

Filed   : August 26, 2009  11:51:02
Deputy  : ACROSBY
Receipt : 205825
Amount  : $150.00

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re Gregory Scott Beauchcamp

Debtor.

BANKRUPTCY NO.
**09-11540-PM7**

William K. No, Trustee of the Ho Family Trust

Moving Party

RS NO.
**JEB-1**

Gregory Scott Beauchcamp

Respondent(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY
### (UNLAWFUL DETAINER)

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter [x] 7  [ ] 11  [ ] 12  [ ] 13  was filed on  8/04/09  .

2. Procedural Status:

    a. [x]  Name of Trustee Appointed *(if any)*: Ronald E. Stadtmueller

    b. [ ]  Name of Attorney of Record for Trustee *(if any)*:

    c. [ ]  *(Optional)* Prior Filing Information:
       Debtor has previously filed a Bankruptcy Petition on: _____ .
       If applicable, the prior case was dismissed on: _____ .

    d. [ ]  *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____ .

Movant alleges the following in support of its Motion:

1. Debtor occupies the premises commonly known as *(specify street address)*: 452 4th Street, Encinitas, CA

2. Debtor occupies the premises:
   [ ] on a month-to-month tenancy          [ ] pursuant to a lease in default
   [ ] on a hold-over tenancy               [x] after a foreclosure sale
   [ ] on a tenancy at will                 [ ] pursuant to a terminated lease

3. Debtor has failed to pay the monthly rent of $ _____ since _____ .

CSD 1163                                                                                                    CSD-1163

CSD 1163 (Page 2) [05/15/03]

4. Procedural status in State Court *(fill in all applicable data for completed steps)*:

    a.    [x] On 4/7/09_____, Movant served a Notice to Pay Rent or Quit on the Debtor(s).

    b.    [x] On 4/17/09_____, Movant filed a Complaint for Unlawful Detainer in State Court.

    c.    [x] Trial was held on 5/28/09_____.

    d.    [x] A Judgment was entered on said Complaint by the State Court on 6/19/09_____.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5).

Movant attaches the following:

1. [x] Copy of the State Court Unlawful Detainer Judgment.

2. [x] Other relevant evidence: Trustee's Deed Upon Sale

3. [ ] *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

[x] Relief as requested.

[x] Other: 1. That this order shall apply to conversion to any other chapter under the Bankruptcy Code;
2. That this order shall apply to any co-debtor;
3. That this order shall apply for 180 days as to any bankruptcy case involving the subject property.

Dated: 8/19/09

                                               [Attorney for] Movant
                                               John E. Bouzane

CSD 1163

UD-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| JOHN E. BOUZANE<br>JOHN E. BOUZANE ATTORNEY AT LAW BAR #079804<br>634 OAK CT. SAN BERNARDINO, CA 92410<br>SAN BERNARDINO, CA 92410<br>TELEPHONE NO.: 909-889-5151   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF | **F I L E D**<br>Clerk of the Superior Court<br><br>JUN 1 9 2009<br><br>By _____, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 S. MELROSE DR
MAILING ADDRESS:
CITY AND ZIP CODE: VISTA, CA. 92081
BRANCH NAME: NORTH COUNTY DIVISION

PLAINTIFF: WILLIAM K. HO (AND /OR) SUNEE K. HO, TRUSTEE OF THE HO FAMILY LIVING TRUST, DATED 4/28/90 INCLUDING ANY ASSIGNORS OR SUCCESSORS
DEFENDANT: MELVIN HAROLD BEAUCHAMP, GREGORY SCOTT BEAUCHAMP & LISA

| JUDGMENT—UNLAWFUL DETAINER | CASE NUMBER: |
|---|---|
| [ ] By Clerk    [ ] By Default    [X] After Court Trial<br>[X] By Court    [ ] Possession Only    [ ] Defendant Did Not Appear at Trial | 37-2009-00038371-CL-UD-NC |

## JUDGMENT

1. [ ] **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).
   e. [ ] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) [ ] plaintiff's testimony and other evidence.
      (2) [ ] plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. [X] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*: 5/28/09 @ 8:10 AM D-N27
      before *(name of judicial officer)*:
   b. Appearances by:
      [X] Plaintiff *(name each)*: WILLIAM K. HO (AND /OR) SUNEE K. HO, TRUSTEE OF THE HO FAMILY LIVING TRUST, DATED 4/28/90 INCLUDING ANY ASSIGNORS OR SUCCESSORS IN INTEREST
      [ ] Continued on *Attachment* 2b (form MC-025).

      [X] Plaintiff's attorney *(name each)*:
      (1) JOHN E. BOUZANE
      (2)

      [X] Defendant *(name each)*: MELVIN HAROLD BEAUCHAMP, GREGORY SCOTT BEAUCHAMP, AND LISA BEAUCHAMP

      [ ] Defendant's attorney *(name each)*:
      (1)
      (2)

      [ ] Continued on *Attachment* 2b (form MC-025).

   c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. [X] A statement of decision (Code Civ. Proc., § 632)    [X] was not    [ ] was    requested.

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>UD-110 [New January 1, 2003] | JUDGMENT—UNLAWFUL DETAINER | Legal Solutions Plus | Code of Civil Procedure, §§ 415.46, 585(d), 664.6, 1169 |

| PLAINTIFF: WILLIAM K. HO (AND /OR) SUNEE K. HO, TRUSTEE OF THE HO FAMILY LIVING TRUST, DATED 4/28/90 INCLUDING ANY ASSIGNORS OR SUCCESSORS | CASE NUMBER: |
|---|---|
| DEFENDANT: MELVIN HAROLD BEAUCHAMP, GREGORY SCOTT BEAUCHAMP & LISA | 37-2009-00038371-CL-UD-NC |

JUDGMENT IS ENTERED AS FOLLOWS BY:   [X] THE COURT   [ ] THE CLERK

3. **Parties.** Judgment is
   a. [X] for plaintiff (name each): WILLIAM K. HO (AND /OR) SUNEE K. HO, TRUSTEE OF THE HO FAMILY LIVING TRUST, DATED 4/28/90 INCLUDING ANY ASSIGNORS OR SUCCESSORS IN INTEREST
   and against defendant (name each): MELVIN HAROLD BEAUCHAMP, GREGORY SCOTT BEAUCHAMP & LISA BEAUCHAMP
   [ ] Continued on *Attachment* 3a (form MC-025).
   b. [ ] for defendant (name each):

4. [X] Plaintiff [ ] Defendant is entitled to possession of the premises located at (street address, apartment, city, and county): 452 4TH ST. ENCINITAS, CA 92024/SAN DIEGO COUNTY

5. [X] Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment**
   a. [ ] Defendant named in item 3a above must pay plaintiff on the complaint:
   b. [ ] Plaintiff is to receive nothing from defendant named in item 3b.
       [ ] Defendant named in item 3b is to recover costs: $ 0.00
       [ ] and attorney fees: $ 0.00

   | (1) [ ] Past-due rent | $ | 0.00 |
   |---|---|---|
   | (2) [ ] Holdover damages | $ | |
   | (3) [ ] Attorney fees | $ | |
   | (4) [ ] Costs | $ | |
   | (5) [ ] Other (specify): | $ | |
   | (6) **TOTAL JUDGMENT** | $ | 0.00 |

   c. [X] The rental agreement is canceled.   [X] The lease is forfeited.

7. [ ] **Conditional judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in *Judgment—Unlawful Detainer Attachment* (form UD-110S), which is attached.

8. [ ] **Other** (specify):
   [ ] Continued on *Attachment* 8 (form MC-025).

Date: JUN 19 2009

JACQUELINE M. STERN
JUDICIAL OFFICER

Date: _____ [ ] Clerk, by _____, Deputy

(SEAL)

**CLERK'S CERTIFICATE** (Optional)
I certify that this is a true copy of the original judgment on file in the court.
Date:

Clerk, by _____, Deputy

UD-110 [New January 1, 2003]   **JUDGMENT—UNLAWFUL DETAINER**   Page 2 of 2

DOC # 2009-0281769

WHEN RECORDED MAIL TO:
WILLIAM HO
P.O. BOX 9454
GLENDALE, CA. 91226

MAIL TAX STATEMENTS TO:
WILLIAM HO
P.O. BOX 9454
GLENDALE, CA. 91226

MAY 27, 2009    3:06 PM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES: 681.00
OC: NA

PAGES: 3

Space above this line for Recorder's use only

TITLE ORDER NO.: 30127247

TS NO.: 20089170000051
LOAN TYPE: Conventional

## 9945    TRUSTEE'S DEED UPON SALE

A.P.N. NO.: 258-074-27-00

The undersigned grantor declares under penalty of perjury:
1) The grantee herein WAS NOT the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was...... $ 369,492.29
3) The amount paid by the grantee at the trustee sale was....... $ 590,000.00
4) The documentary transfer tax is....... N/A $649.00
5) Said property is INCORPORATED

and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**WILLIAM K. HO (AND/OR) SUNEE K. HO, TRUSTEE OF THE HO FAMILY LIVING TRUST, DATED 4-28-90**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of SAN DIEGO, State of California. described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HERREIN FOR ALL PURPOSES.

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 7/3/2000 and executed by,

**MELVIN HAROLD BEAUCHAMP, AN UNMARRIED MAN**

as Trustor, and recorded 7/7/2000 at Instrument No. 2000-0359859, of Official Records of SAN DIEGO County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Page 1 of 2

9947

EXHIBIT A

20089170000051

LEGAL DESCRIPTION:
THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO CITY OF ENCINITAS, AND DESCRIBED AS FOLLOWS:

THE EAST HALF OF LOT 7 IN BLOCK 42, IN THE CITY OF ENCINITAS, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 148, SAID MAP RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID SAN DIEGO COUNTY, JUNE 12, 1883.

SAID EASTERLY HALF MEASURED AN EQUAL DISTANCE ALONG THE NORTH LINE OF SAID LOT 7 FROM THE NORTHEAST CORNER AND THE NORTHWEST CORNER OF SAID LOT 7, AND MEASURED AN EQUAL DISTANCE ALONG THE SOUTH LINE OF SAID LOT 7 FROM THE SOUTHEAST CORNER AND THE SOUTHWEST CORNER OF SAID LOT 7.