CSD 1186 [10/17/05]
Name, Address, Telephone No. & I.D. No.
GREGORY S. BEAUCHAMP
452 FOURTH ST.
ENCINITAS, CA 92024
760-809-2115

FILED AC
2009 AUG 27 PM 1:27
CLERK
U.S. BANKRUPTCY CT
SO. DIST OF CALIF

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>GREGORY SCOTT BEAUCHAMP<br><br>                                    Debtor. | BANKRUPTCY NO.   09-11540-PB7 |
| ROLANDO F. ABELLA AND JOSEPHINE I. ABELLA<br><br>                                    Moving Party | RS NO.   JFF1 |
| GREGORY SCOTT BEAUCHAMP, DEBTOR<br>RONALD E. STADTMUELLER | Hearing Date: SEPT. 09, 2009<br>Hearing Time: 2:30p.m.<br>Respondent(s) |

## REQUEST FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND NOTICE OF HEARING

**YOU ARE NOTIFIED** that _____Gregory Scott Beauchamp_____,
TO: a party in interest, objects to the above-entitled Motion for Relief from Automatic Stay.  Respondent is [check one]:

   [ X] Debtor              [  ] United States Trustee              [  ] Trustee

   [  ] Creditor            [  ] Other (specify):_____

   According to the Moving Party's Notice of Filing a Motion for Relief from Automatic Stay, the last date for filing and serving this Request is  August 27, 2009                .[2]

   **YOU ARE FURTHER NOTIFIED** that a hearing will be held to consider and act upon the Motion in Dept. No._1__, Room 218, Jacob Weinberger United States Courthouse, 325 West "F" Street, San Diego, California 92101-6991, on September 9, 2009, at 2:30p.m.

DATED:  August 27, 2009                    

Gregory Scott Beauchamp    /s/ Gregory Scott Beauchamp
(Typed Name and Signature)

452 Fourth Street                                  
(Address)

Encinitas, CA 92024                                
(City, State, ZIP Code)
[  ]    Attorney for Respondent
[ X ]   Respondent

[1]Local Bankruptcy Rule 4001-3, printed on the reverse, governs service of this Notice.
[2]Date is calculated as the 11th day after the day of service of the Notice of Motion, as indicated in the Certification of Service that accompanies that Notice. If you were served electronically or by mail, the date is calculated as the 14th day after the day of service.

   ALL PLEADINGS RELATED TO THIS PARTICULAR RS ACTION MUST CONTAIN THE ABOVE CAPTION
CSD 1186                                                                [Continued on Page 2]

## LOCAL BANKRUPTCY RULE 4001-3

"(a)     Objections to a motion for relief from stay, together with Local Form CSD 1186, REQUEST FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING, shall be served upon the movant, named respondents and the United States Trustee within eleven (11) days from the date of service of the motion for relief from stay and notice.  The original and two (2) copies of the pleadings shall be filed with the clerk within the same 11-day period.  If the objection relates to real or personal property, the objection shall substantially conform to Local Form CSD 1161, OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STATY (REAL PROPERTY OR PERSONAL PROPERTY).

"(b)     Prior to serving the objection, it shall be the duty of the objecting party to obtain from the court a date and time for a hearing on the objections.  Such information shall be listed on Local Form CSD 1186, REQUEST FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING, and in the caption of the objection."

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on **27** day of **August**, I served a true copy of the within REQUEST FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING, together with a copy of the accompanying DECLARATION IN OPPOSITION TO MOTION FOR RELIEF FROM STAY and [describe any other papers]

by [describe here mode of service]: **U. S. Mail**

on the following persons [set forth name and address of each person served] and/or as checked below:

[X]  Attorney for Moving Party:           [ ]  Attorney for Debtor (if required):

Jack F. Fitzmaurice
1061 tierra Del Rey, Suite 204
Chula Vista, CA 91910

[✓]  For Chpt. 7, 11, & 12 cases:   [ ]  For ODD numbered Chapter 13 cases:   [ ]  For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE           THOMAS H. BILLINGSLEA, JR., TRUSTEE     DAVID L. SKELTON, TRUSTEE
Department of Justice           530 "B" Street, Suite. 1500             525 "B" Street, Suite 1430
402 West Broadway, Suite 600    San Diego, CA 92101                     San Diego, CA 92101-4507
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **8/27/09**
(Date)

**Lisa Beauchamp**
(Typed Name and Signature)

**452 Fourth St**
(Address)

**Encinitas, CA. 92024**
(City, State, ZIP Code)

CSD 1186