CSD 1186 [10/17/05]

Name, Address, Telephone No. & I.D. No.
GREGORY S. BEAUCHAMP
452 FOURTH STREET
ENCINITAS, CA 92024
760-809-2115

FILED AC
2009 SEP -1 PM 2: 26
CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF.

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
GREGORY SCOTT BEAUCHAMP                            Debtor.

BANKRUPTCY NO. 09-11540-PB7

WILLIAM HO, SUNNI HO AND HO FAMILY LIVING TRUST
Moving Party

RS NO. JFF1

GREGORY SCOTT BEAUCHAMP, DEBTOR
RONALD E. STADTMUELLER
Respondent(s)

Hearing Date: SEPT. 17, 2009
Hearing Time: 10:00A.M.

## REQUEST FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND NOTICE OF HEARING

TO:[1]

**YOU ARE NOTIFIED** that  GREGORY SCOTT BEAUCHAMP ,
a party in interest, objects to the above-entitled Motion for Relief from Automatic Stay. Respondent is [check one]:

[ X] Debtor            [  ] United States Trustee        [  ] Trustee

[  ] Creditor          [  ] Other (specify):_____

According to the Moving Party's Notice of Filing a Motion for Relief from Automatic Stay, the last date for filing and serving this Request is SEPTEMBER 1, 2009 .[2]

**YOU ARE FURTHER NOTIFIED** that a hearing will be held to consider and act upon the Motion in Dept. No. 1 , Room 218, Jacob Weinberger United States Courthouse, 325 West "F" Street, San Diego, California 92101-6991, on SEPTEMBER 1, 2009 , at 10:00A .m.

DATED: SEPTEMBER 1, 2009

*[signature]*
GREGORY SCOTT BEAUCHAMP
(Typed Name and Signature)

452 FOURTH STREET
(Address)

ENCINITAS, CA 92024
(City, State, ZIP Code)

[  ]   Attorney for Respondent
[X]   Respondent

---

[1] Local Bankruptcy Rule 4001-3, printed on the reverse, governs service of this Notice.
[2] Date is calculated as the 11th day after the day of service of the Notice of Motion, as indicated in the Certification of Service that accompanies that Notice. If you were served electronically or by mail, the date is calculated as the 14th day after the day of service.

ALL PLEADINGS RELATED TO THIS PARTICULAR RS ACTION MUST CONTAIN THE ABOVE CAPTION

CSD 1186

[Continued on Page 2]

## LOCAL BANKRUPTCY RULE 4001-3

"(a)    Objections to a motion for relief from stay, together with Local Form CSD 1186, REQUEST FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING, shall be served upon the movant, named respondents and the United States Trustee within eleven (11) days from the date of service of the motion for relief from stay and notice. The original and two (2) copies of the pleadings shall be filed with the clerk within the same 11-day period. If the objection relates to real or personal property, the objection shall substantially conform to Local Form CSD 1161, OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STATY (REAL PROPERTY OR PERSONAL PROPERTY).

"(b)    Prior to serving the objection, it shall be the duty of the objecting party to obtain from the court a date and time for a hearing on the objections. Such information shall be listed on Local Form CSD 1186, REQUEST FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING, and in the caption of the objection."

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __1__ day of __September__, I served a true copy of the within REQUEST FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND NOTICE OF HEARING, together with a copy of the accompanying DECLARATION IN OPPOSITION TO MOTION FOR RELIEF FROM STAY and [describe any other papers]

by [describe here mode of service]: __U.S. MAIL__

on the following persons [set forth name and address of each person served] and/or as checked below:

[ X ]   Attorney for Moving Party:               [  ]   Attorney for Debtor (if required):

JOHN E. BOUZANE
LAW OFFICE OF
634 OAK CT.
SAN BERNARDINO, CA 92410

RONALD E. STADMUELLER
10755 SCRIPPS POWAY PKY #370
SAN DIEGO, CA 92131

[ X ]   For Chpt. 7, 11, & 12 cases:    [  ]   For ODD numbered Chapter 13 cases:    [  ]   For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE          THOMAS H. BILLINGSLEA, JR., TRUSTEE      DAVID L. SKELTON, TRUSTEE
Department of Justice          530 "B" Street, Suite. 1500              525 "B" Street, Suite 1430
402 West Broadway, Suite 600   San Diego, CA 92101                      San Diego, CA 92101-4507
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____
              (Date)

_Lisa L. Beauchamp_
LISA L. BEAUCHAMP
(Typed Name and Signature)

452 Fourth St.
(Address)

ENCINITAS, CA 92024
(City, State, ZIP Code)

CSD 1186