NTF  
Rev. 11/07

**United States Bankruptcy Court**  
Southern District of California  
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101–6991

Telephone: 619–557–5620  
Website: www.casb.uscourts.gov  
Hours: 9:00am–4:00pm Monday–Friday

**Gregory Scott Beauchamp**  
 452 Fourth St  
Encinitas, CA 92024  
xxx–xx–4987  
*No Known Aliases*

Case number:  09–11540–PB7  
Chapter:  7  
Judge  Peter W. Bowie

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **23,24** filed on: **9/1/09**     Title of Document: **Oppostion to RS JFF –1 and Request for hearing**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

<u>**ACTION TAKEN BY COURT**</u>

☐ Aty/Debtor(Pro Se)/Movant contacted on          via ☐ Tel/Voice Mail     ☐ Email  ☐ Mail or Other

**Other action––See OTHER section below.**

<u>**ACTION REQUIRED BY FILER**</u>

**Other action––See OTHER section below.**

**OTHER:** **This request for hearing has several problems:**

**First you refer to a hearing date of 9–17–09 at 10:00 and also 9–1–09 at 10:00.**
**Second you refer to RS JFF –1 but you already have a request for hearing for JFF –1 and you also refer to the Ho Family Trust which is not JFF –1.**

**Please amend and correct.**

Dated: 9/2/09

Barry K. Lander  
Clerk of the Bankruptcy Court