# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | GREGORY SCOTT BEAUCHAMP |
| **Case Number:** | 09-11540-PB7     **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 17, 2009 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | JAMES W. MEYERS |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

MOTION FOR RELIEF FROM STAY FILED BY WILLIAM HO (RS # JEB-1)

### Appearances:

Floyd Thomas, ATTORNEY FOR William Ho
Eli Galam, ATTORNEY FOR Gregory Beauchamp

### Disposition:

Granted, order to be submitted by movant.