NRO
09/08

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Gregory Scott Beauchamp**
 452 Fourth St
Encinitas, CA 92024
xxx–xx–4987
*No Known Aliases*

Case number:  09–11540–PB7
Chapter:  7
Judge  Peter W. Bowie

### Memo re Order: Request for further documentation or further action

Your proposed order **ORDER ON MOTION FOR RELIEF FROM STAY, RS # JEB–1** will not be signed as submitted.

**ACTION TAKEN BY COURT**

☑ Aty/Debtor(Pro Se)/Movant contacted on

via       ☐ Tel/Voice Mail       ☐ Email       ☑ Mail or Other

**ACTION REQUIRED BY FILER**

Order will need to be resubmitted with any changes or after any required actions.

**ADDITIONAL INFORMATION:**    **Order after hearing requires a Notice of Lodgment to be filed with the Clerk's Office before the order can be considered. Please file Notice, then resubmit Order after opposition period has passed.**

Dated: 9/29/09

James W. Meyers
Judge, U.S. Bankruptcy Court