NRO
09/08

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Gregory Scott Beauchamp**
 452 Fourth St
Encinitas, CA 92024
xxx–xx–4987
*No Known Aliases*

Case number:  09–11540–PB7
Chapter:  7
Judge  Peter W. Bowie

### Memo re Order: Request for further documentation or further action

Your proposed order **ORDER ON MOTION FOR RELIEF FROM STAY, RS # JEB–1** will not be signed as submitted.

**ACTION TAKEN BY COURT**

☑ Aty/Debtor(Pro Se)/Movant contacted on

via      ☐ Tel/Voice Mail      ☐ Email      ☑ Mail or Other

**ACTION REQUIRED BY FILER**

Order will need to be resubmitted with any changes or after any required actions.

**ADDITIONAL INFORMATION:**    **Order after hearing requires a Notice of Lodgment to be filed with the Clerk's Office before the order can be considered. Please file Notice, then resubmit Order after opposition period has passed.**

Dated: 9/29/09

James W. Meyers
Judge, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0974-3           User: mpearson              Page 1 of 1                  Date Rcvd: Sep 29, 2009
Case: 09-11540                 Form ID: nro                Total Noticed: 1

The following entities were noticed by first class mail on Oct 01, 2009.
aty          +John E. Bouzane,   634 Oak Street,   San Bernardino, CA 92410-3338

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2009**                    Signature:    _Joseph Speetjens_