JOHN E BOUZANE ATTORNEY AT LAW
JOHN E BOUZANE
634 OAK CT
SAN BERNARIDNO, CA 92410
909-889-5151
BAR NO.: 243026

Attorney for Creditor
William K Ho, Trustee of the Ho Family Trust

UNITED STATES BANKRUPTCY COURT

Southern District of California

| In re: | Case No.: 09-11540-PB7 |
|---|---|
| Gregory Scott Beauchamp, | RS No. JEB1 |
| Debtor. | NOTICE OF LODGMENT OF ORDER Re. MOTION FOR RELIEF FROM AUTOMATIC STAY |

TO DEBTOR GREGORY SCOTT BEAUCHAMP AND HIS ATTORNEYS OF RECOR, IF ANY:

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule (hereinafter "LBR") 7054-3(a), on September 17, 2009 Creditor William K Ho, Trustee of the Ho Family Trust, (hereinafter "Creditor") submitted to you a proposed order on Creditor's granted Motion for Relief From Automatic Stay requesting you signature for approval of said order as to content and form.

**PLEASE TAKE FURTHER NOTICE** that having received no response within reasonable time, pursuant to Local Bankruptcy Rule 7054-3(b) attached as Exhibit "A" is a true and correct copy of the

NOTIC OF LODGMENT - 1

order prepared by Creditor William K Ho, Trustee of the Ho Family Trust on their Motion for Relief from Automatic Stay.

Any objections to the form and content of the proposed order must be file and served within five (5) business days from the date of service of the original. Federal Rule of Bankruptcy Procedure 9006(f) shall **not** apply.

Fed. R. Bankr. P. 90006(f)

"Additional time after service by mail or under Rule 5(b)(2)(c) or (d) F.R.Civ.P.

When there is a right or requirement to act or undertake some proceedings within a prescribed period after service and that service is by mail or under Rule 5(b)(2)(C) or (D) F.R.Civ.P., three days are added after the prescribed period would otherwise expire under Rule 9006(a)."

///

Dated this 8th day of October, 2009

JOHN E BOUZANE ATTORNEY AT LAW
Attorney for creditor William K Ho, Trustee of the Ho Family Trust

NOTIC EOF LODGMENT - 2

CSD 1159C [11/15/04]
Name, Address, Telephone No. & I.D. No.

JOHN E. BOUZANE
JOHN E. BOUZANE ATTORNEY AT LAW BAR
634 OAK CT. SAN BERNARDINO, CA 92410
SAN BERNARDINO, CA 92410

909-889-5151

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re GREGORY SCOTT BEAUCHAMP

Debtor.

WILLIAM K HO, TRSUTEE OF THE HO FAMILY TRSUT

Movant(s)

v. GREGORY SCOTT BEAUCHAMP

Respondent(s)

**LODGED**

BANKRUPTCY NO.
09-11540-PB7

RS NO.
JEB-1

Date of Hearing: 9/17/09
Time of Hearing: 10:00 AM
Name of Judge: PETER W. BOWIE

FILED / ENTERED / LOGGED / RECEIVED
OCT 09 2009
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ORDER ON MOTION FOR RELIEF FROM STAY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted. Notice of Lodgment Docket Entry No. _____

//
//
//
//

DATED:

Judge, United States Bankruptcy Court
PETER W. BOWIE

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

JOHN E. BOUZANE ATTORNEY AT LAW BAR
(Firm name)

By: _____
Attorney for [X] Movant [ ] Respondent

CSD 1159C

CSD1159C

Exhibit A

CSD 1159C [11/15/04]   (Page 2)
ORDER ON
DEBTOR: GREGORY SCOTT BEAUCHAMP                CASE NO: 09-11540-PB7
                                               RS NO.:  JEB-1

1. The Automatic stay is hereby deemed terminated so that Movant ( and any successor in interest or assigns) may proceed with any and all State Court remedies to obtain possession of the subject property;
2. The Automatic Stay is hereby deemed annulled so that the filing of the Bankruptcy Petition shall not affect any post petition acts;
3. The Automatic Stay does not apply to Movant's State Court Action;
4. This order shall be binding and effective despite any conversion of this case to any other chapter under the United States Bankruptcy Law;
5. This order shall apply to any co-debtor;
6. This order shall apply to any transfer of the subject property to a third party;
7. The 10 day stay is deemed to be waived.
8. This order shall apply to any other bankruptcy cases, filed by Debtors or any other third party, affecting this property for period of 180 days

CSD 1159C

```
 1  JOHN E BOUZANE ATTORNEY AT LAW                FILED
    JOHN E BOUZANE
 2  634 OAK CT                                 09 OCT -9 PM 2:46
    SAN BERNARIDNO, CA 92410
 3  909-889-5151                                    CLERK
    BAR NO.: 243026                          U.S. BANKRUPTCY CT.
 4                                            SO. DIST. OF CALIF.
```



## UNITED STATES BANKRUPTCY COURT

## Southern District of California

| In re: | Case No.: 09-11540-PB7 |
|---|---|
| Gregory Scott Beauchamp, | RS No. JEB1 |
| Debtor. | PROOF OF SERVICE |

I am a resident of any employed in the County of San Diego, Sate of California. I am over the age of 18 years and not a party to the within action. My business address is 634 Oak Ct San Bernardino, CA 92410.

On the date shown below, I caused to be served the following document(s):

1. **NOTICE OF LODGEMENT OF ORDER Re. MOTION FOR RELIEF FROM AUTOMAGIC STAY with ORDER AS Exhibit "A" to Notice.**

2. **PROOF OF SERVICE.**

By placing a true and correct copy(ies) thereof enclosed in sealed envelope(s). I declare that I am readily familiar with the business practice for mailing with the united States Postal Service, that the correspondence shall be deposited with the United States Postal Service this same day int eh ordinary course of business; and that a true copy was placed ina separate

PROOF OF SERVICE - 1

1 | envelope with postage thereon fully prepaid for each addressee named
2 | hereafter:

3 |     *Debtor*

4 |     **Gregory Scott Beauchamp**

5 |     **452 Fourth St**

6 |     **Encinitas, CA 92024**

7 |     I declare under penalty of perjury that of perjury that I am pemployed
8 | in the office of a member of the bar of this court at whose direction the
9 | service was made.

10 |     I further declare under penalty of perjury under the laws of the United
11 | States of America that the foregoing is true and correct.

Dated this 8th day of October, 2009

*/s/ Nicole Smith*
Nicole Smith

PROOF OF SERVICE - 2