Name, Address, Telephone No. & I.D. No.:

Jack F. Fitzmaurice, Esq. SBN 061129
Fitzmaurice & Demergian
1061 Tierra del Rey, Suite 204
Chula Vista, CA 91910
(619) 591-1000

FILED / ENTERED / LOGGED / RECEIVED
OCT 07 2009
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY HS  DEPUTY

Order Entered on
October 16, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California



## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Gregory Scott Beauchamp<br><br>Debtor. | **LODGED**<br>BANKRUPTCY NO. 09-11540-PB7 |
| Rolando F. Abella and Josephine I. Abella, Creditors<br><br>Movant(s) | RS NO. JFF1 |
| Gregory Scott Beauchamp, Debtor<br><br>Respondent(s) | Date of Hearing: September 9, 2009<br>Time of Hearing: 2:30 p.m.<br>Name of Judge: Hon. James W. Meyer |

## ORDER ON
### CREDITORS ROLANDO F. ABELLA AND JOSEPHINE I. ABELLA MOTION FOR RELIEF FROM AUTOMATIC STAY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. ___-___

//

//

//

//

DATED: October 16, 2009

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Fitzmaurice & Demergian
(Firm name)

By: Jack F. Fitzmaurice, Esq.
Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

CSD 1159C

The hearing on Rolando F. Abella and Josephine I. Abella, (hereinafter "Abellas" or "Creditors") Creditors of Debtor Gregory Scott Beauchamp, (hereinafter "Beauchamp" or "Debtor") Motion for Relief from Automatic Stay (hereinafter "Motion") came on for regular hearing on September 9, 2009 at 2:30 p.m., in Department One, of the United States Bankruptcy Court, Southern District of California, before the Honorable James W. Meyers, Bankruptcy Judge Presiding.

Appearances were made by Jack F. Fitzmaurice, Esq., of the Law Office of Fitzmaurice & Demergian on behalf of the Creditors, and Debtor Beauchamp appeared in pro per.

After reviewing the pleadings filed and hearing argument for and against the Motion, the Court took the matter under submission and granted Creditors' Motion.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

The relief from stay motion is granted for the limited purpose of completing the civil action so as to define the nature and amount of any claim herein in connection with that certain action styled Abella v. Beauchamp, et.al., bearing case No. GIN057452, now pending before the Superior Court of California, County of San Diego, Northern County Division filed in December 4, 2006 against defendant Beauchamp for Quiet Title; Slander of Title; and Conspiracy to Slander Title.