CSD 1159C [11/15/04]

Name, Address, Telephone No. & I.D. No.

JOHN E. BOUZANE
JOHN E. BOUZANE ATTORNEY AT LAW BAR
634 OAK CT. SAN BERNARDINO, CA 92410
SAN BERNARDINO, CA 92410

909-889-5151

Order Entered on
October 27, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re GREGORY SCOTT BEAUCHAMP

Debtor,

WILLIAM K HO, TRSUTEE OF THE HO FAMILY TRSUT

Movant(s)

v. GREGORY SCOTT BEAUCHAMP

Respondent(s)

BANKRUPTCY NO. 09-11540-PB7

RS NO. JEB-1

Date of Hearing: 9/17/09
Time of Hearing: 10:00 AM
Name of Judge: PETER W. BOWIE

**LODGED**

## ORDER ON MOTION FOR RELIEF FROM STAY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 3 with exhibits, if any, for a total of 3 pages, is granted. Notice of Lodgment Docket Entry No. 35

//
//
//
//

DATED: October 26, 2009

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

JOHN E. BOUZANE ATTORNEY AT LAW BAR
(Firm name)

By: _____
Attorney for [X] Movant [ ] Respondent

Judge, United States Bankruptcy Court

CSD 1159C

CSD1159C

CSD 1159C [11/15/04]  (Page 2)
ORDER ON
DEBTOR: GREGORY SCOTT BEAUCHAMP                       CASE NO: 09-11540-PB7
                                                     RS NO.:   JEB-1

1. The Automatic stay is hereby deemed terminated so that Movant ( and any successor in interest or assigns) may proceed with any and all State Court remedies to obtain possession of the subject property;
2. The Automatic Stay is hereby deemed annulled so that the filing of the Bankruptcy Petition shall not affect any post petition acts;
3. The Automatic Stay does not apply to Movant's State Court Action;
4. This order shall be binding and effective despite any conversion of this case to any other chapter under the United States Bankruptcy Law;
5. This order shall apply to any co-debtor;
6. This order shall apply to any transfer of the subject property to a third party;
7. The 10 day stay is deemed to be waived.
8. This order shall apply to any other bankruptcy cases, filed by Debtors or any other third party, affecting this property for period of 180 days

CSD 1159C

*Signed by Judge James W. Meyers October 26,2009*