NOE
Rev. 03/09

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Gregory Scott Beauchamp**
 452 Fourth St
Encinitas, CA 92024
xxx–xx–4987
*No Known Aliases*

Case number:  09–11540–PB7
Chapter:  7
Judge  Peter W. Bowie

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

TO THE PARTIES IN INTEREST

You are hereby notified that on **10/27/09** this Court entered in the docket for the above–entitled case the following Judgment or Order

Document Number: **44**

Docket Text:

**ORDER ON MOTION FOR RELIEF FROM STAY RS JEB 01 PREVIOUSLY LODGED**

I hereby certify that a copy of this notice was mailed to the parties in interest:

Gregory Beauchamp 452 Fourth St Encinitas CA 92024
John Bouzane 634 Oak Street San Bernardino CA 92410
Ronald Stadtmueller 10755 Scripps Poway Pkwy., #370 San Diego CA 92131

Dated: 10/27/09

Barry K. Lander
Clerk of the Bankruptcy Court