Ronald E. Stadtmueller, Trustee, SBN 140720
10755 Scripps Poway Parkway, #370
San Diego, CA  92131
858-564-9310

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:                                  ) Case No.: 09-11540
                                        )
Gregory Scott Beauchamp                 ) EX PARTE MOTION AND STIPULATION
                                        ) EXTENDING TIME TO OBJECT TO DISCHARGE
                        debtor          ) AND/OR MOTION TO DISMISS UNDER
                                        ) BANKRUPTCY CODE SECTION 707(b)AND/OR
                                        ) 727
                                        )
                        co-debtor       )
                                        )

The debtor(s) by and through their counsel, acknowledging Trustee's request for additional time to evaluate the case, stipulate that the time deadline to object to debtor(s) discharge and/or motion to dismiss under Bankruptcy Section 707(b) and 727 is extended to January 22, 2010, as to the United States Trustee, Panel Trustee and creditors. This stipulation is without prejudice to additional requests for extension of time by the United States Trustee, Panel Trustee, and/or all creditors.

Dated: _____                  ___/s/ Ronald E. Stadtmueller___
                                        Ronald E. Stadtmueller, Trustee

Dated: 11/9/09

                                        _____
                                        Attorney for Debtor(s)

Stipulation Extending Time To Object To Discharge and/or Motion To Dismiss