FILED KD

2009 NOV -9 PM 12: 12

CLERK
US BANKRUPTCY CT
SOUTH DIST OF CALIF

GREGORY S. EAUCHAMP, PRO PER
452 FOURTH ST
ENCINITAS, CA
92024

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

IN RE: GREGORY SCOTT BEAUCHAMP

DEBTOR / MOVANT

WILLIAM K. HO, TRUSTEE OF THE HO FAMILY TRUST

RESPONDENT

Points and Authorities and
DECLARATION OF GREGORY SCOTT
BEAUCHAMP IN SUPPORT OF:

**EMERGENCY MOTION**
1) TO VACATE JUDGMENT
2) VACATE WRIT OF POSSESION

DATE OF HEARING:
TIME OF HEARING:
NAME OF JUDGE:

**COMES NOW : GREGORY SCOTT BEAUCHAMP**

(hereinafter refered to as  "BEAUCHAMP"  or  "DEBTOR") I allege as follows:

**I.**

**ITRODUCTION**

1.   Gregory S, Beauchamp and Lisa L. Beauchamp, husband and wife as joint tenants and

William R. Dever and JenniferL. Dever, husband and wife as joint tenants are each the

owners of an Undivided ½ Interest in Lot 7, Block 32 of Encinitas, adderess,  452 Fourth St.

Encinitas and 453 Moonlight Lane (hereinafter refered to as   "PROPERTY")  is a

common interest subdivision in the City of Encinitas in accordance with Section 1351 of the

California Civil Code as approved under Chapter 24.40 of the City of Encinitas Municipal

Code per issuance of a Certificate of Compliance under Section 66499.35 of the

Government Code  .

EMERGENCY MOTION

Both owners of the 'PROPERTY" have suffered and are continuing to suffer by the actions of William K. Ho and Suni K. Ho at the hands of their counsel John E. Bouzane Attorney at law.

## PARTIES, JURISDICTION, VENUE

1.    Gregory S.Beauchamp and Lisa L. Beauchamp at all times hereinafter mentioned are owners and hold title to that certain real property known as 452 Fourth Street, Encinitas, California 92024 and a residents of San Diego County and Citizens of the United States and I am the only owner of the "PROPERTY" at this time  subject to the jurisdiction of the United States Bankruptcy Court pursuant to Chapter 7 petition filed on August 19, 2009.

2.    The Ho's, at all times hereinafter mentioned.were and are doing business in the State of California. County of San Diego as a private lender/banking institution, and among other things, makes real estate loans to consumers which loans are then secured by Ho's by recording security interests against the principal dwellings of those consumers and their counsel are subject to the jurisdiction of the United States Bankruptcy Court.

3.    The real property that is the subject of this motion is located at 452 Fourth St. Encinitas, California, 92024 and, therefore is within the venue of the above-entitled court.

UNDISPUTED FACTS

1. On April 7, 2009, William K. HO and Sunni K. Ho caused to
   be served a notice to pay rent or quit.
2. On April 17, 2009, William K. Ho.and Sunni K. Ho caused to
   be filed and served a Complaint for Unlawful Detainer in
   State Court.

EMERGENCY MOTION

3. On May 27, 2009, Gregory Scott Beauchamp and Lisa Lynn Beauchamp filed and served a Complaint for 1.Quiet Title 2.Declarayory Relief. 3.Set Aside Notice of Default and Trustee Sale. 4.Slander of Title. 5.Rescission

4. On May 28, 2009, William K. Ho and Sunni K Ho caused to held an Unlawful Detainer Trial.

5. On June 19, 2009, a judgment was entered against Melvin Harold Beauchamp, Gregory Scott Beauchamp and Lisa Lynn Beauchamp.

6. On August 4, 2009, Gregory Scott Beauchamp filed a Petition under chapter 7 Bankruptcy.

7. On August 26, 2009, William K. Ho and Sunni K. Ho along with their councel John E. Bouzane caused to be filed A MOTION FOR RELIEF FROM AUTOMATIC STAY(UNLAWFUL DETAINER)

8. On September 8, 2009, Gregory Scott Beauchamp filed a Request for Hearing on Motion fo Relief from automatic Stay and Request Notice of Hearing setting a Hearing on September 17, 2009 at 10:00am.

9. On September 17, 2009, Hearing was held on Motion for Relief from Automatic Stay, Relief was Granted

10. On October 27, 2009, an order filed by the Clerk U.S. Bankruptcy Court Southern District of California Granting Relief from Stay.

11. On October 28,2009, a Notice to Vacate and Writ of Possession were issued against Melvin Harold Beauchamp, Gregory Scott Beauchamp and Lisa Lynn Beauchamp.

Grgeory Scott Beauchamp, Lisa Lynn Beauchamp, Paige Beauchamp and Jake Beauchamp will suffer irreprable harm, if the conduct by William K. Ho and Sunni K.Ho is allowed to continue and this EMERGENCY MOTION IS NOT GRANTED persuant to:

## *FRCP Rule 60 (b)(4)*

*A judgment is void, and therefore subject to relief under Rule 60(b)(4), only if the court that rendered judgment lacked jurisdiction or in circumstances in which the court's action amounts to a plain usurpation of power constituting a violation of due process. United States v. Boch Oldsmobile, Inc., 909 F.2d 657, 661 (1st Cir. 1990)*

**Where Rule 60(b)(4) is properly invoked on the basis that the underlying judgment is** void, **"'relief is not a discretionary matter; it is mandatory.'" Orner v. Shalala, 30 F.3d 1307, 1310 (10th Cir. 1994) (quoting V.T.A., Inc. v. Airco, Inc., 597 F.2d 220, 224 n.8 (10th Cir. 1979)).**

EMERGENCY MOTION

All actions taken by William K.Ho and Sunni K. Ho via their Councel John E. Bouzane starting on April 7, 2009 with the service of the Notice to Pay Rent or Quit and continuing to present have been taken by DECPTION and FRAUD in the State Court and now in the U.S.Bankruptcy Court.

## LACK STANDINGAS REAL PARTY IN INTEREST

1.When William K. H. and Sunni K. Ho filed Unlawful Detainer case 37-2009-00038371-CL-UD-NC, **LACKED STANDING AS REAL PARTY IN INTEREST SEE (EXHIBIT-A)  Trustee Deed Upon Sale** served on Gregory Scott Beauchamp and filed in State Court attached to Unlawful Detainer is UNSIGNED, NOT NOTORIZED, UNEXECUTED, NOT RECORDED and NOTARY page with different notary DATED April 14, 2009.

2.The Unlawful Detainer trial was held on 5/28/09 at which time Gregory Scott Beauchamp was handed **SEE (EXHIBIT-B) a Trustee Deed Upon sale that has a recording Date of MAY 27, 2009 at 3:06 PM NOT EVEN 24hrs before trial, NOTARY page is dater APRIL 6, 2009.**

3. SEE **(EXHIBIT-C)**Which is the Trustee Deed Upon Sale used as evidence for relief from stay does not contain the Notary page due th the fact that councel for the Ho's are covering up the the date and different Notary from the **(EXHIBIT-A)** copy.

4. SEE (EXHIBIT-D)is a CERTIFIED COPY of SEPTEMBER EX-PARTE

PROCEEDINGS COURT REPORTER TRANSCRIPT CASE NO. 37-2009-00038371-

CL-UD-NC.

REFER to page-1, line 19 thru 25, Mr. GALAM: yes. Hardship is

one of the basis for the request for the stay. The main basis,

is the fact that the entire underlying action was undertaken by

someone who had no standing to take the action. That would be

Mr. Ho in that he did not aquire title in the property.

REFER to page 1, line 25, The court: So it's a do over.

REFER to page 1, line 26 thru 28 and page 2, line 1 and 2, Mr.

Galam: I believe that in order for Mr. Ho to try to get the

correct result he is looking for, he needs to go back and amend

his title to reflect the actual description of the property that

is there. What he did is bought a note from Washington Mutual.

REFER to 2, line 3, The Court: no this is what I call a do over.


   By the the courts own addmission it admits that the

underlying action is a do over, but took action to correct its

own failure.

EMERGENCY MOTION

1

    I Declare Under Penalty of  Perjury Under The Laws of
2  THE STATE OF CALIFORNIA that the foregoing is true and correct

3

4

5

6  SiGNED  11/9/09                    _Gregy S Beuhg_____

7                                     Gregory Scott Beauchamp

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EMERGENCY MOTION

# EXHIBIT LIST

**EXHIBIT- A, Trustee Deed Upon Sale used in the unlawful detainet, blank, unsigned, unexecuted with no legal description.**

**EXHIBIT- B, Trustee Deed Upon Sale produced day of trial reccrded May 27, 2009 less than 24hrs before trial.**

**EXHIBIT- C, Trustee Deed Upon Sale submitted for motion for releif from stay.**

**EXHIBIT- D, Certified copy fo EX PARTE Proceedings, September 3, 2009**

EXHIBIT-A

04/14/2009 12:12 FAX                                                             001/002

WHEN RECORDED MAIL TO:

MAIL TAX STATEMENTS TO:

Space above this line for Recorder's use only

TITLE ORDER NO.: 30127247          TS NO.:         200S9170000051
                                   LOAN TYPE:      Conventional

## TRUSTEE'S DEED UPON SALE

A.P.N. NO.:  258-074-27-00

The undersigned grantor declares under penalty of perjury:
1) The grantee herein WAS NOT the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was......$ 369,492.29
3) The amount paid by the grantee at the trustee sale was...... $ 590,000.00
4) The documentary transfer tax is.........N/A
5) Said property is INCORPORATED

and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

   **WILLIAM K. HO (AND/OR) SUNEE K. HO, TRUSTEE OF THE HO FAMILY LIVING TRUST,
                          DATED 4-28-90**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of SAN DIEGO, State of California, described as follows:

   **SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL
   PURPOSES.**

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 7/3/2000 and executed by,

   **MELVIN HAROLD BEAUCHAMP, AN UNMARRIED MAN**

as Trustor, and recorded 7/7/2000 as Instrument No. 2000-0359859, of Official Records of SAN DIEGO County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

**Page 1 of 2**

04/14/2009 12:30 FAX    002/002

## TRUSTEE'S DEED UPON SALE
TS NO.: 20089170000051

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been met.

Said property was sold by said Trustee at public auction on 4/2/2009 at the place named in the Notice of Sale, in the County of SAN DIEGO, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount of $590,000.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:    April 14, 2009

FIRST AMERICAN LOANSTAR TRUSTEE SERVICES

BY: _____
    MICHAEL GONZALEZ, Trustee Officer


State of    TEXAS          }  §
County of  TARRANT      }

Before me, NANCY MARKHAM , on this day personally appeared MICHAEL GONZALEZ known to me to be the person whose name is subscribed to the foregoing instrument and acknowleged to me that this person executed the same for the purposes and considerations therein expressed.

Given under my hand and seal of office _____ day of _____, A.D. _____


Signature _____
         NANCY MARKHAM

EXHIBIT-B

DOC #   2009-0281769



MAY 27, 2009 ·     3:06 PM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:         681.00
OC            NA

**PAGES:       3**

**WHEN RECORDED MAIL TO:**
WILLIAM HO
P.O. BOX 9454
GLENDALE, CA. 91226

**MAIL TAX STATEMENTS TO:**
WILLIAM HO
P.O. BOX 9454
GLENDALE, CA. 91226

Space above this line for Recorder's use only

TITLE ORDER NO.: 30127247

TS NO.:       20089170000051
LOAN TYPE:    Conventional

## TRUSTEE'S DEED UPON SALE

A.P.N. NO.:   258-074-27-00

The undersigned grantor declares under penalty of perjury:
1)   The grantee herein **WAS NOT** the foreclosing beneficiary.
2)   The amount of the unpaid debt together with costs was...... $ 369,492.29
3)   The amount paid by the grantee at the trustee sale was...... $ 590,000.00
4)   The documentary transfer tax is........NA $649.00
5)   Said property is **INCORPORATED**

and **FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**WILLIAM K. HO (AND/OR) SUNEE K. HO, TRUSTEE OF THE HO FAMILY LIVING TRUST,
· DATED 4-28-90**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of **SAN DIEGO**, State of California, described as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HERREIN FOR ALL PURPOSES.**

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **7/3/2000** and executed by,

**MELVIN HAROLD BEAUCHAMP, AN UNMARRIED MAN**

as Trustor, and recorded **7/7/2000** as Instrument No. **2000-0359859**, of Official Records of **SAN DIEGO** County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Page 1 of 2



EXHIBIT-B

## TRUSTEE'S DEED UPON SALE
TS NO.: 20089170000051

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorded of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been met.

Said property was sold by said Trustee at public auction on 4/2/2009 at the place named in the Notice of Sale, in the County of **SAN DIEGO**, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount of **$590,000.00** in lawful money of the United States, or by the sitisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:    **April 06, 2009**

**FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**

BY: _____
    MICHAEL GONZALEZ, Trustee Officer

State of    **TEXAS**            §
County of  **TARRANT**

Before me, **FIDENCIO LOZOYA ,** on this day personally appeared **MICHAEL GONZALEZ** known to me to be the person whose name is subscribed to theforegoing instrument and acknowleged to me that this person executed the same for the purposes and considerations therein expressed.

Given under my hand and seal of office _6_ day of _April_____, A.D. _2009_____

Signature _A. duvcin  Lozoya_____
    **FIDENCIO LOZOYA**

FIDENCIO LOZOYA
Notary Public, State of Texas
My Commission Expires
June 29, 2011

Page 2 of 2

**EXHIBIT A**

20089170000051

**LEGAL DESCRIPTION:**

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO CITY OF ENCINITAS, AND DESCRIBED AS FOLLOWS:

THE EAST HALF OF LOT 7 IN BLOCK 42, IN THE CITY OF ENCINITAS, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 148, SAID MAP RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID SAN DIEGO COUNTY, JUNE 12, 1883.

SAID EASTERLY HALF MEASURED AN EQUAL DISTANCE ALONG THE NORTH LINE OF SAID LOT 7 FROM THE NORTHEAST CORNER AND THE NORTHWEST CORNER OF SAID LOT 7, AND MEASURED AN EQUAL DISTANCE ALONG THE SOUTH LINE OF SAID LOT 7 FROM THE SOUTHEAST CORNER AND THE SOUTHWEST CORNER OF SAID LOT 7.



DOC #    **2009-0281769**

MAY 27, 2009    3:06 PM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:        681.00
OC:               NA

**PAGES:**    **3**

WHEN RECORDED MAIL TO:
WILLIAM HO
P.O. BOX 9454
GLENDALE, CA. 91226

MAIL TAX STATEMENTS TO:
WILLIAM HO
P.O. BOX 9454
GLENDALE, CA. 91226

Space above this line for Recorder's use only

TITLE ORDER NO.: 30127247          TS NO.:        20089170090051
                                   LOAN TYPE:     Conventional

**9945**          **TRUSTEE'S DEED UPON SALE**

A.P.N. NO.: 258-074-27-80

The undersigned grantor declares under penalty of perjury:
1)   The grantee herein WAS NOT the foreclosing beneficiary.
2)   The amount of the unpaid debt together with costs was.......$ 369,492.29
3)   The amount paid by the grantee at the trustee sale was.......$ 590,000.00
4)   The documentary transfer tax is.......NEW # 649.22
5)   Said property is INCORPORATED

and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, (herein called Trustee), as the duly appointed
Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express
or implied to

    **WILLIAM K. HO (AND/OR) SUNEE K. HO, TRUSTEE OF THE HO FAMILY LIVING TRUST,
                DATED 4-28-90**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of SAN
DIEGO, State of California, described as follows:

    **SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HERREIN FOR ALL
    PURPOSES.**

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated
7/3/2000 and executed by,

    **MELVIN HAROLD BEAUCHAMP, AN UNMARRIED MAN**

as Trustor, and recorded 7/7/2000 at Instrument No. 2000-0359859, of Official Records of SAN DIEGO County,
California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

                        Page 1 of 2


EXHIBIT-C

9947

**EXHIBIT A**

20089170000051

**LEGAL DESCRIPTION:**
THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO CITY OF
ENCINITAS, AND DESCRIBED AS FOLLOWS:

THE EAST HALF OF LOT 7 IN BLOCK 42, IN THE CITY OF ENCINITAS, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA,
ACCORDING TO MAP THEREOF NO. 148, SAID MAP RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID
SAN DIEGO COUNTY, JUNE 12, 1883.

SAID EASTERLY HALF MEASURED AN EQUAL DISTANCE ALONG THE NORTH LINE OF SAID LOT 7 FROM THE NORTHEAST
CORNER AND THE NORTHWEST CORNER OF SAID LOT 7, AND MEASURED AN EQUAL DISTANCE ALONG THE SOUTH
LINE OF SAID LOT 7 FROM THE SOUTHEAST CORNER AND THE SOUTHWEST CORNER OF SAID LOT 7.

EXHIBIT- D

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

NORTH COUNTY DIVISION


DEPARTMENT 27                    HON. JACQUELINE M. STERN, JUDGE

---

|  |  |
|---|---|
| WILLIAM K. HO, (AND/OR) SUNEE K. HO, TRUSTEE OF THE HO FAMILY LIVING TRUST DATED 4/28/90, | ) ) ) ) |
| PLAINTIFF, | ) CASE NO. 37-2009- ) 00038371-CL-UD-NC |
| V. | ) ) |
| MELVIN HAROLD BEAUCHAMP, GREGORY SCOTT BEAUCHAMP, LISA BEAUCHAMP, | ) ) ) **EX PARTE PROCEEDINGS** |
| DEFENDANTS, | ) ) |

---

### REPORTER'S TRANSCRIPT

SEPTEMBER 3, 2009

VISTA, CALIFORNIA


CERTIFIED COPY


REPORTED BY:        BARBARA E. PENN, CSR 8365, RPR, CRR
                    OFFICIAL COURT REPORTER


EXHIBIT- D

APPEARANCES:

FOR WILLIAM HO:      LAW OFFICES OF JOHN E. BOUZANE
                     BY:  RANDY WILLERT (SPECIALLY APPEARING)
                     634 OAK COURT
                     SAN BERNARDINO, CALIFORNIA 92410


FOR DEFENDANTS:      LAW OFFICES OF A. ELI GALAM
                     BY:  A. ELI GALAM
                     27869 BUSMAN ROAD
                     MURRIETA, CALIFORNIA 92563

1    <u>VISTA, CALIFORNIA, THURSDAY, SEPTEMBER 3, 2009, 8:33 A.M.</u>

2                        - OOO -

3

4        **THE COURT:**  BEAUCHAMP, PLEASE.

5        **MR. GALAM:**  GOOD MORNING, YOUR HONOR.  ELI GALAM JUST

6    SUBSTITUTED IN IN REGARD TO THIS MATTER ON BEHALF OF

7    MR. AND MRS. BEAUCHAMP.

8        **THE COURT:**  YES.  I SAW THE SUBSTITUTION.  THANK YOU.

9    WELCOME.

10       **MR. GALAM:**  THANK YOU.

11       **MR. WILLERT:**  GOOD MORNING, YOUR HONOR.  RANDY

12   WILLERT SPECIALLY APPEARING FOR JOHN BOUZANE ON BEHALF OF

13   PLAINTIFF.

14       **THE COURT:**  OKAY.  THIS IS A REQUEST BY MR. AND

15   MRS. BEAUCHAMP, NOT THE FATHER, TO STAY THIS MATTER, AND

16   IT SEEMED LIKE THEY WERE ASKING FOR A STAY, IN ESSENCE,

17   BASED UPON HARDSHIP OR ASKING ME TO RETHINK MY RULING.

18       IS THAT WHAT YOU'RE DOING?

19       **MR. GALAM:**  YES.  HARDSHIP IS ONE OF THE BASES FOR

20   THE REQUEST FOR THE STAY.  THE MAIN BASIS, HOWEVER, IS THE

21   FACT THAT THE ENTIRE UNDERLYING ACTION WAS UNDERTAKEN BY

22   SOMEONE WHO HAD NO STANDING TO TAKE THE ACTION.  THAT

23   WOULD BE MR. HO IN THAT HE DID NOT ACQUIRE TITLE IN THE

24   PROPERTY --

25       **THE COURT:**  SO IT'S A DO OVER.

26       **MR. GALAM:**  I BELIEVE THAT IN ORDER FOR MR. HO TO TRY

27   TO GET THE CORRECT RESULT HE'S LOOKING FOR, HE NEEDS TO GO

28   BACK AND AMEND HIS TITLE TO REFLECT THE ACTUAL DESCRIPTION

1    OF THE PROPERTY THAT'S THERE.  WHAT HE DID IS HE BOUGHT A

2    NOTE FROM WASHINGTON MUTUAL --

3        **THE COURT:**  NO.  THIS IS WHAT I CALL A DO OVER.

4        **MR. GALAM:**  OKAY.  BUT THERE IS ALSO HARDSHIP

5    INVOLVED AS WELL, YOUR HONOR.

6        **THE COURT:**  OKAY.  ANY OTHER REASON?  ANY OTHER

7    OBVIOUS REASON THAT THIS MATTER SHOULD BE STAYED?

8        **MR. GALAM:**  ASIDE FROM WHAT'S STATED IN THE

9    PAPERWORK, YOUR HONOR?

10       **THE COURT:**  WELL, LET ME LOOK AT PAPERWORK AGAIN

11   BECAUSE, I MEAN, IT'S PRETTY OBVIOUS, BUT I DON'T WANT TO

12   DO YOUR WORK FOR YOU.

13       **MR. GALAM:**  I UNDERSTAND, YOUR HONOR.

14       **THE COURT:**  OKAY.  ANYTHING ELSE?

15       **MR. GALAM:**  WELL, I THINK I COULD JUST ELABORATE

16   SOMEWHAT ON THE ISSUE OF HARDSHIP IN THIS MATTER, YOUR

17   HONOR.  THERE'S A FAMILY LIVING IN THAT PARTICULAR

18   RESIDENCE THAT HAVE CHILDREN THAT ARE GOING TO SCHOOL AT

19   THIS MOMENT IN TIME.

20       **THE COURT:**  I UNDERSTAND.  LISTEN, IT'S A HORRIBLE

21   JOB HAVING TO KICK PEOPLE OUT OF HOMES.  IT'S A TERRIBLE

22   JOB.  WHEN I WAS FIRST APPOINTED TO THE BENCH, I HAD THE

23   CHRISTMAS DUTY.  SO I WAS KICKING PEOPLE OUT OF HOMES

24   AROUND HOLIDAYS, AND IT'S NOT PLEASANT ANY TIME, BUT IT IS

25   PARTICULARLY BURDENSOME, I SHOULD SAY, DURING THAT TIME.

26   IT WAS VERY SAD.  I UNDERSTAND THAT.  IT'S NOT GOOD.

27       **MR. GALAM:**  I THINK THAT THE COURT COULD FASHION SOME

28   TYPE OF A REMEDY WHEREBY MR. HO CAN BE PROTECTED FROM THE

1 FINANCIAL LOSS THAT HE'S GOING TO BE CLAIMING WHILE THIS

2 MATTER IS DECIDED ON APPEAL, SO THAT THE CORRECT --

3     **THE COURT:** SO YOU JUST SAID THE MAGIC WORD. ANY

4 OTHER REASON WHY THIS MATTER SHOULD BE STAYED?

5     **MR. GALAM:** THERE IS A PENDING APPEAL.

6     **THE COURT:** OKAY. YOU GOT IT. AND I LOOKED AT THE

7 ISSUE OF WHETHER OR NOT MR. AND MRS. -- IN OTHER WORDS,

8 BOTH OF THEM FILED AN APPEAL BECAUSE IF IT WAS JUST

9 MR. BEAUCHAMP, THEN IT WOULDN'T BE STAYED AS TO THE OTHER

10 TWO PARTIES. BOTH OF THEM -- BOTH OF THE BEAUCHAMPS -- I

11 JUST WANT TO MAKE SURE I'M GETTING -- BOTH GREGORY AND

12 LISA FILED AN APPEAL. MELVIN DID NOT.

13     AND SO THIS MATTER, UNFORTUNATELY FOR MR. HO, IT'S

14 JUST STAYED AS A MATTER OF LAW AS TO GREGORY AND LISA, NOT

15 AS TO MELVIN BECAUSE MELVIN HASN'T FILED AN APPEAL. I

16 MEAN, WE HAVE AN OVERLAYING ACTION, MAINLY THE FILING OF A

17 BANKRUPTCY BY MR. GREGORY BEAUCHAMP. I UNDERSTAND THAT,

18 BUT THIS APPEAL IS AN OVERLAY OF THAT. SO THIS MATTER IS

19 STAYED BASED UPON THE FACT THAT MR. AND MRS. BEAUCHAMP

20 HAVE FILED AN APPEAL.

21     NOW, WHERE MR. MELVIN BEAUCHAMP IS IN ALL OF THIS,

22 THAT IS, THE THIRD DEFENDANT, I DON'T KNOW. I HAVEN'T

23 FIGURED THAT OUT BECAUSE HE'S NOT BEFORE ME TODAY IN THIS

24 EX PARTE.

25     **MR. GALAM:** I UNDERSTAND.

26     **THE COURT:** ALL RIGHT.

27     COUNSEL, DO YOU HAVE ANYTHING TO TELL ME?

28     **MR. WILLERT:** NO, YOUR HONOR. I MEAN, AS FAR AS I

4

1  JUST GOT THIS PAPERWORK ABOUT 5 MINUTES BEFORE I SAT DOWN,

2  SO I HAVEN'T REALLY HAD THE OPPORTUNITY TO FORMULATE A

3  CREDIBLE ARGUMENT.  BUT THE FACT THAT THE COURT HAS STATED

4  THAT AS A MATTER OF LAW AS TO THOSE TWO THAT IT WILL BE

5  STAYED PENDING APPEAL, I UNDERSTAND THAT.

6          THE COURT:  ANYTHING ELSE I NEED TO KNOW?

7          MR. WILLERT:  NO, YOUR HONOR.

8          THE COURT:  DOES YOUR CLIENT WANT ANYTHING ELSE?

9          MR. WILLERT:  PERHAPS A BOND OR AN UNDERTAKING OF

10 SOME KIND TO PROTECT HIS FINANCIAL INTEREST.

11         THE COURT:  SO THAT WOULD BE AS TO LISA BECAUSE THE

12 OTHER PERSON IS IN BANKRUPTCY.

13         MR. WILLERT:  YEAH.  WELL, THAT APPARENTLY, I WON'T

14 BE DOING IT, BUT WE'RE GOING TO A HEARING ON THE 17TH TO

15 OBTAIN RELIEF FROM THE STAY AS TO MICHAEL.

16         THE COURT:  AS TO WHO?

17         MR. WILLERT:  I'M SORRY.  GREGORY BEAUCHAMP.

18         THE COURT:  SO YOU'RE GOING INTO BANKRUPTCY COURT AND

19 ASKING FOR RELIEF?

20         MR. WILLERT:  THE 17TH, YEAH.  WE HAVE A HEARING

21 SCHEDULED THE 17TH, SO THERE IS SOME PERIOD OF TIME, AT

22 LEAST A COUPLE OF WEEKS, OF WHICH WE WON'T BE ABLE TO GO

23 ANY FURTHER EVEN AS TO THE BANKRUPTCY.

24         THE COURT:  RIGHT.

25         MR. GALAM:  IF I MAY, YOUR HONOR.

26         THE COURT:  YES.

27         MR. GALAM:  IN REGARD TO A BOND, THERE IS NO MONETARY

28 JUDGMENT IN THIS CASE, AND NORMALLY A BOND ON -- IT WOULD

1    ONLY BE APPLIED WHEN THERE IS SOME TYPE OF MONETARY --

2         THE COURT: I DON'T THINK SO. I THINK IT'S WITHIN MY

3    DISCRETION TO SET A BOND IN THIS CASE. BUT IT DOESN'T

4    APPEAR TO ME AS IF ANYBODY HAS ANY MONEY, SO I DON'T LIKE

5    TO DO THINGS THAT ARE JUST FOR NAUGHT. I MEAN, I SEE

6    REQUEST TO WAIVE COURT FEES IN THE FILE, AND IT APPEARS

7    THAT THESE TWO ABLE-BODIED PEOPLE DO NOT HAVE JOBS, BUT

8    THAT'S NOT MY CONCERN. SO I REALLY CAN'T ORDER A BOND,

9    UNFORTUNATELY. IF SOMEBODY HAD A JOB, THEN THEY'D GET

10   DINGED, WOULDN'T THEY?

11        MR. WILLERT: CORRECT.

12        THE COURT: WHEN YOU DON'T HAVE JOBS, THEN YOU DON'T

13   GET DINGED. I GUESS THAT'S LIFE.

14        MR. GALAM: I'LL PREPARE THE ORDER, YOUR HONOR.

15        THE COURT: THANK YOU VERY MUCH. THE MATTER IS

16   STAYED.

17        THE CLERK: YOUR HONOR.

18        THE COURT: YES.

19        THE CLERK: REGARDING THE FEE WAIVER, ARE YOU

20   GRANTING THE FEE WAIVER?

21        THE COURT: WASN'T THERE A FEE WAIVER BEFORE IN THIS

22   CASE? I MEAN, I KNOW THERE'S ONE BEEN FILED NOW, BUT THIS

23   IS NOT THE TYPICAL FEE WAIVER. IS THIS A NEW ONE?

24        THE CLERK: IT'S A NEW FORM, YOUR HONOR, AND I

25   BELIEVE THAT NOW THE FEE WAIVERS EXPIRED.

26        THE COURT: OKAY. LET ME LOOK. I WANT TO MAKE SURE

27   I'M LOOKING AT THE CORRECT INFORMATION HERE.

28        I HAVE A FEE WAIVER PACKET. APPARENTLY THIS IS A NEW

1    FORM THAT WAS JUST REVISED JULY 2 OF THIS YEAR, AND I'VE

2    GOT IT FOR MR. GREGORY BEAUCHAMP AND, I THINK, MS. LISA

3    BEAUCHAMP.  AND AGAIN, I'M LOOKING AT THE INFORMATION HERE

4    AND -- I'M SORRY.  MS. LISA BEAUCHAMP IS WORKING.  SO I

5    WILL HAVE TO GRANT THE FEE REQUEST BASED UPON -- I'M NOT

6    AN INVESTIGATOR, SO I DON'T GO OUT THERE AND LOOK AND MAKE

7    SURE EVERYTHING IS CORRECT.  SO I HAVE TO GRANT THE FEE

8    REQUEST.

9         **MR. GALAM:**  FEE WAIVER REQUEST, YOUR HONOR.

10         **THE COURT:**  FEE WAIVER REQUEST.  I'M SORRY.  BASED

11    UPON THE INFORMATION THAT I HAVE.

12         THANK YOU.

13              (END OF PROCEEDINGS.)

14                   *    *    *

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  STATE OF CALIFORNIA     )
                           :   SS.
2  COUNTY OF SAN DIEGO     )

3

4

5      WILLIAM K. HO, (AND/OR) SUNEE K. HO, TRUSTEE OF THE HO
                    FAMILY LIVING TRUST DATED 4/28/90
6                                VS.
       MELVIN HAROLD BEAUCHAMP, GREGORY SCOTT BEAUCHAMP, LISA
7                            BEAUCHAMP

8            CASE NO. 37-2009-00038371-CL-UD-NC

9

10

11         I, BARBARA E. PENN, CSR 8365, RPR, CRR, AN

12  OFFICIAL COURT REPORTER OF THE SUPERIOR COURT OF THE STATE

13  OF CALIFORNIA, IN AND FOR THE COUNTY OF SAN DIEGO, DO

14  HEREBY CERTIFY:

15         THAT, AS SUCH REPORTER, I REPORTED

16  STENOGRAPHICALLY THE PROCEEDINGS HAD IN THE ABOVE-ENTITLED

17  CAUSE, AND THAT THE FOREGOING TRANSCRIPT IS A FULL, TRUE

18  AND CORRECT TRANSCRIPTION OF MY SHORTHAND NOTES TAKEN

19  DURING THE PROCEEDINGS HAD ON SEPTEMBER 3, 2009.

20

21      DATED:  SEPTEMBER 10, 2009.

22

23

24  _____
         BARBARA E. PENN, CSR 8365, RPR, CRR
25       OFFICIAL COURT REPORTER

26

27

28