CSD 1182 [01/10/08]
Name, Address, Telephone No. & I.D. No.

Gregory Scitt Beauchamp
452 Fourth St
Encinitas, CA
92024

FILED

2009 NOV -9 PM 12:11

CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Beauchamp, Gregory Scott

BANKRUPTCY NO. 09-10540-PB7

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-____ Debtor.

## NOTICE OF MOTION FOR EMERGENCY MOTION

TO: John E. Bouzane Attorney for William K. Ho and Sunni K. Ho
634 Oak Court
San Bernadino, CA 92410  909-889-5151

You are herewith served with the attached Motion by Gregory Scott Beauchamp, Debtor

for:

EMERGENCY MOTION--- PERSUANT TO BANKRUPTCY RULE 9014.5
VACATE JUDGMENT IN UNLAWFUL DETAINER CASE 37-2009-00038371-CL-UD-NC FILED JUNE 19, 2009
VACATE WRIT OF POSSESION AND NOTICE TO VACATE ISSUED OCT. 28, 2009
REINSTATE STAY STOP ENFORCEMENT OF JUDGMENT TO ALLOW HEARING ON THE MERITS
FRCP Rule 60. Relief from Judgment or Order an FRCP Rule 60 (b)(4)

and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. *If a Chapter 7, 11, or 12 case*, determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number is followed by the letter:

    - JM  -  call (619) 557-6019  -  DEPARTMENT ONE (Room 218)
    - LA  -  call (619) 557-6594  -  DEPARTMENT TWO (Room 118)
    - LT  -  call (619) 557-6018  -  DEPARTMENT THREE (Room 129)
    - PB  -  call (619) 557-5157  -  DEPARTMENT FOUR (Room 328)

    For <u>ALL</u> *Chapter 13 cases,* call (619) 557-5955.

2. **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE OF THE MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.
[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1182 [Continued on Page 2]

opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

   a.   identify the interest of the opposing party; and

   b.   state, with particularity, the grounds for the opposition.

3.   **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 14-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: 11/9/09

_____
GREGORY SCOTT BEAUCHAMP, PRO PER
Attorney for Moving Party

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __9__ day of _____NOVEMBER_____, I served a true copy of the within NOTICE OF MOTION by [describe here mode of service]

   MAIL / PHONE

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ✓ ]   Attorney for Debtor (if required):

John E. Bouzane Attorney for William K. Ho and Sunni K. Ho
634 Oak Court
San Bernadino, CA  92410   909-889-5151

Ronald E. Stadmueller
10755 Scripps Poeay Pky #370
San Diego, CA 92131

| [ ✓ ] For Chpt. 7, 11, & 12 cases: | [ ] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __11/9/09__          Lisa Lynn Beauchamp
            (Date)                (Typed Name and Signature)

452 Fourth St
(Address)

Encinitas, CA 92024
(City, State, ZIP Code)

CSD 1182