NTF
Rev. 11/07

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Gregory Scott Beauchamp**
 452 Fourth St
Encinitas, CA 92024
xxx–xx–4987
*No Known Aliases*

Case number:  09–11540–PB7
Chapter:  7
Judge  Peter W. Bowie

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **48** filed on: **11/9/09**    Title of Document: **Notice of Emergency Motion**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

**ACTION TAKEN BY COURT**

☐ Aty/Debtor(Pro Se)/Movant contacted on        via  ☐ Tel/Voice Mail      ☐ Email   ☐ Mail or Other

**Other action––See OTHER section below.**

**ACTION REQUIRED BY FILER**

**Other action––See OTHER section below.**

**OTHER:** Case Number is incorrect. Please correct.

Dated: 11/9/09

Barry K. Lander
Clerk of the Bankruptcy Court