**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Ronald E. Stadtmueller, #140720
10755 Scripps Poway Pkwy., #370
San Diego, CA  92131
858-564-9310

Order Entered on
November 10, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Gregory Scott Beauchamp

Debtor.

BANKRUPTCY NO. 09-11540

Date of Hearing:
Time of Hearing:
Name of Judge:

# ORDER ON

## ExParte Motion to Extent Time to Object to Discharge and/or Dismiss Case

  IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __46__

//
//
//
//
//
//

DATED: November 10, 2009

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

/s/ Ronald E. Stadtmueller, Trustee
(Firm name)

By: /s/ Ronald E. Stadtmueller, Trustee
    Attorney for  ☐ Movant  ☐ Respondent

Judge, United States Bankruptcy Court

CSD 1001A

`CSD 1001A` [11/15/04] **(Page 2)**
ORDER ON  ExParte Motion to Extent Time to Object to Discharge and/or Dismiss Case
DEBTOR: Gregory Scott Beauchamp                           CASE NO: 09-11540

---

The Court having considered the ExParte Motion and Stipulation to Object to Discharge and/or Motion to Dismiss Under Bankruptcy Code Section 707(b) and/or 727, as to the United States Trustee, Panel Trustee and creditors to January 22, 2010, and for good cause appearing therefor

IT IS SO ORDERED

`CSD 1001A`

*Signed by Judge Peter W. Bowie November 10,2009*