ENTERED 11/20/2009
FILED
NOV 20 2009
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GREGORY SCOTT BEAUCHAMP,<br><br>Debtor. | Bankruptcy No. 09-11540-PB7<br><br>ORDER DENYING DEBTOR'S EMERGENCY MOTION TO VACATE JUDGMENT AND WRIT OF POSSESSION |

The Court has reviewed the Debtor's Emergency Motion to Vacate Judgment and Writ of Possession ("Emergency Motion"). The arguments raised by the Debtor relate to orders issued by the state court. Any attacks on those orders should be raised in the court which issued the orders. This Court will not review the validity of the orders entered by the state court before the Debtor filed his Chapter 7 petition. There is no basis to reimpose the automatic stay.

Therefore, IT IS ORDERED that:

The Emergency Motion is DENIED and the Order Granting Relief from stay to William K Ho, Trustee shall remain in effect.

Dated: NOV 20 2009

JAMES W. MEYERS, Judge
United States Bankruptcy Court