CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

**GREGORY SCOTT BEAUCHAMP**
**452 FOURTH ST**
**ENCINITAS, CA**
**92024**

Order Entered on
November 23, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BEAUCHAMP, GREGORY SCOTT

Debtor.

BANKRUPTCY NO. 09-11540-PB7

Date of Hearing:
Time of Hearing:
Name of Judge: **MEYERS**

## ORDER ON

### EMERGENCY MOTION--PERSUANT TO BANKRUPTCY RULE 9014.5

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __6__ with exhibits, if any, for a total of __26__ pages, is granted. Motion/Application Docket Entry No. __47__

// Declaration of Gregory Scott Beauchamp
// EXHIBITS A, B, C, D
//
//
//                                                     SEE ORDER SIGNED THIS DATE
//
//

DATED:

November 20, 2009

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

__GREGORY SCOTT BEAUCHAMP__
(Firm name)

By: __GREGORY SCOTT BEAUCHAMP__
Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

**NOT APPROVED**

Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [11/15/04] **(Page 2)**
ORDER ON  EMERGENCY MOTION--PERSUANT TO BANKRUPTCY RULE 9014.5
DEBTOR:    BEAUCHAMP, GREGORY SCOTT                                          CASE NO: 09-11540-PB7

---

1. VACATE JUDGMENT IN UNLAWFUL DETAINER CASE 37-2009-00038371-CL-UD-NC FILED JUNE 19, 2009
2. IN SAN DIEGO COUNTY SUPERIOR COURT NORTH COUNTY BY JUDGE STERNS
3. VACATE WRIT OF POSSESION AND NOTICE TO VACATE ISSUED OCT.28, 2009
4. REINSTATE STAY STOP ENFORCEMENT OF JUDGMENT TO ALLOW HEARINF ON THE MERITS

CSD 1001A

*Signed by Judge James W. Meyers November 20,2009*